# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERIC SELDERS

NO. 2019 KW 1509

JAN 1 6 2020

---

In Re:    Eric Selders, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, Nos.
          1501671, 1203087, & 1400061.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.** We have been advised by the judge's office that the district court is proceeding toward disposition of relator's "Motion to Enforce Order" of the district court.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT